OPINION — AG — ** JUSTICE OF THE PEACE — FEES ** QUESTION(1): DOES 28 O.S. 51 [28-51] CONTAIN THE SCHEDULE OF FEES FOR JUSTICE OF THE PEACE ? — AFFIRMATIVE, DOCKET FEE OF $2.00, QUESTION(2): WHAT FEES ARE PROPERLY CHARGEABLE BY JUSTICE OF THE PEACE FOR ISSUANCE, SERVICE AND RETURN OF A SEARCH WARRANT ? — $5.00 (SEARCH WARRANT, ISSUED) CITE: 22 O.S. 1226 [22-1226], 28 O.S. 51 [28-51] (FRED HANSEN)